\*\*E-Filed 6/15/2010\*\*

LAWRENCE BALL, CBN 60496
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SULLIVAN,<br><br>  Plaintiff,<br><br>  -v-<br><br>SMURFIT-STONE CONTAINER CORPORATION; PEPSICO, INC.; FRITO-LAY NORTH AMERICA, INC.; FRITO-LAY, INC.; and DOES 1-20, inclusive,<br><br>  Defendants. | No. C 10-01233 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

This case was initially assigned to Magistrate Judge Patricia V. Trumbull, and a Case Management Conference was scheduled for June 22, 2010. The case was reassigned to Judge Jeremy Fogel, and the Case Management Conference was rescheduled to June 25, 2010, due to the reassignment. The Order Setting Initial Case Management Conference and ADR Deadlines also set June 15, 2010, as the last day to file the Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement. The June 15 deadline for these matters was not changed when the case was reassigned to Judge Fogel.

The parties hereto, by and through their attorneys, hereby stipulate that the date of the Case Management Conference in the above-entitled case shall be continued from June 25, 2010, to July 30, 2010, at 10:30 a.m. in Courtroom #3 on the 5th floor of the U.S. Courthouse, 280 South First

1 Street, San Jose, California. The Order Setting Initial Case Management Conference and ADR
2 Deadlines states at the end: "If the Initial Case Management Conference is continued, the other
3 deadlines are continued accordingly." Therefore, the last day to file the Rule 26(f) Report, complete
4 initial disclosures, and file the Case Management Statement is continued from June 15, 2010, to July
5 20, 2010.

6 The reason for this continuance is as follows. The parties are going to private mediation with
7 mediator Barry Winograd on June 21, 2010. The continuance from June 25 to July 30 of the Case
8 Management Conference and from June 15 to July 20 of the deadline for the Rule 26(f) report, the
9 initial disclosures, and the Case Management Statement will allow the parties to avoid attorneys'
10 fees and time in regard to these matters if they are able to settle at the June 21 mediation.

11 DATED: June 11, 2010

HIGHMAN, HIGHMAN & BALL
A PROFESSIONAL LAW ASSOCIATION

By _/s/ Bruce J. Highman_
Bruce J. Highman
Attorneys for Plaintiff

16 DATED: June 11, 2010

CONSTANGY BROOKS & SMITH, LLP

By _/s/_
Laura S. Withrow
Oscar E. Rivas
Attorneys for Defendant Smurfit-Stone Container Corporation

21
22 DATED: June 11, 2010

Villarreal Hutner PC

By _/s/_
Lara Villarreal Hutner
Jessica N. Leal
Attorneys for Defendants PepsiCo, Inc., Frito-Lay North America, Inc., and Frito-Lay, Inc.

## ORDER

1
2      So ordered.
3
4      DATED: June __15__, 2010
5                                          _____
                                           Honorable Jeremy Fogel
                                           U.S. District Court Judge
6
7
8
...
28