1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| RICHARD SULLIVAN, | CASE NO. 5:10-cv-01233-LHK |
|---|---|
| Plaintiff, | **JOINT TENTATIVE NOTICE OF CONFIDENTIAL SETTLEMENT OF ENTIRE CASE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SMURFIT-STONE CONTAINER CORPORATION; PEPSICO, INC.; FRITO-LAY NORTH AMERICA, INC.; FRITO-LAY, INC.; and DOES 1-20, inclusive, | |
| | Action Filed:   March 24, 2010 |
| Defendants. | |

By way of this pleading, Plaintiff Richard Sullivan, Defendant Smurfit-Stone Container Corporation (hereinafter "SSCC") and Defendants PepsiCo Inc., Frito-Lay North America, Inc. and Frito-Lay, Inc. (hereinafter "Frito-Lay Defendants") confirm that this case has tentatively settled.  The parties respectfully request that the Case Management Conference currently on calendar for September 1, 2010 be continued for a minimum of 60 days to allow the parties time to finalize and execute the terms and conditions of the settlement agreement.

Dated: August 25, 2010              HIGHMAN, HIGHMAN & BALL
                                    A PROFESSIONAL LAW ASSOCIATION


                                    By ____*/s/ Bruce J. Highman*_____

1

Case No.: 10-CV-1233-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**United States District Court**
For the Northern District of California

                                                Bruce J. Highman
                                                Attorneys for Plaintiff Richard Sullivan

Dated: August 25, 2010                    VILLARREAL HUTNER PC


By     */s/ Jessica N. Leal*
        Lara Villarreal Hutner
        Jessica N. Leal
        Attorneys for Defendants PepsiCo, Inc., Frito-Lay North America, Inc. and Frito-Lay, Inc.

Dated: August 25, 2010                    CONSTANGY BROOKS & SMITH, LLP


By     */s/ Laura S. Withrow*
        Laura S. Withrow
        Oscar E. Rivas
        Attorneys for Defendant Smurfit-Stone Container Corporation


### ORDER

Good cause appearing, the stipulation of the parties to continue the Case Management Conference currently set for September 1, 2010 to November 10, 2010 is hereby approved. The parties shall file a stipulation of dismissal and request to vacate the November 10, 2010 Case Management Conference by November 3, 2010.

**IT IS SO ORDERED:**

Date:   August 30, 2010                By: *Lucy H. Koh*
                                                                Honorable Lucy H. Koh
                                                                United States District Judge